UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YVONNE BARNES, PATRICIA DEAN, ANTONIO MORRIS, and BERNADETTE BOGDANOVS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INCORPORATED,<br><br>Defendant. | Case No. 1:21-cv-06191<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AGREEMENT**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Yvonne Barnes, Patricia Dean, Antonio Morris, and Bernadette Bogdanovs ("Plaintiffs"), individually, and on behalf of the Settlement Class[1], file their Unopposed Motion for Final Approval of Settlement Agreement. The Motion for Final Approval is set for a Final Approval Hearing on **September 13, 2024 at 9:00 a.m.**

In support of the Motion for Final Approval, Plaintiffs submit their Memorandum of Law in support; the Joint Declaration of Class Counsel; the Declaration of the Settlement Administrator, Stephen Weisbrot; and a proposed Final Approval Order.

For the reasons set forth in the Memorandum, Joint Declaration of Class Counsel; and the Declaration of the Settlement Administrator, Stephen Weisbrot, Plaintiffs respectfully request the Court: (i) grant Final Approval of the Settlement; (ii) certify for settlement purposes only the

---

[1] Unless otherwise stated, all defined terms herein have the meaning given to such terms in the Settlement Agreement and Releases.

1

Settlement Class, pursuant to Fed. R. Civ. P. 23(a) and (b)(3); (iii) appoint Plaintiffs as Class Representatives; (iv) appoint Class Counsel to represent the Settlement Class; (v) approve the notice provided to the class and (vi) enter the proposed Final Approval Order, dismissing the Action with prejudice.

Dated: June 28, 2024

Respectfully submitted,

By: /s/ *Max S. Roberts*
　　　Max S. Roberts

Max S. Roberts
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9189
E-Mail: mroberts@bursor.com

Sarah N. Westcot (*Pro Hac Vice*)
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 676-9006
E-Mail: swestcot@bursor.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (847) 208-4585
Email: gklinger@milberg.com

Russell Busch
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
979 Green Bay Rd.
Highland Park, IL 60035
Tel: (865) 247-0080
Email: rbusch@milberg.com

Nick Suciu III

nsuciu@milberg.com
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel.: (313) 303-3472
Fax: (865) 522-0049

Alexandra M. Honeycutt
Virginia Ann Whitener
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
800 South Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049
Email: ahoneycutt@milberg.com
vwhitener@milberg.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com

Jonathan Shub
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
T: (856) 772-7200
F: (856) 210-9088
jshub@shublawyers.com

Jason P. Sultzer
Daniel Markowitz
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 1260
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

    I certify that on June 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                                */s/ Max S. Roberts*
                                                Max S. Roberts