# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yvonne Barnes, et al.

                    Plaintiff,

v.                                       Case No.: 1:21−cv−06191
                                                      Honorable Matthew F. Kennelly

Unilever United States Incorporated

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 13, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 9/13/2024. Plaintiffs' motions for final approval of class action settlement [129] and for attorneys' fees [131] are granted for the reasons stated on the record. Plaintiffs are directed to send a proposed order to Judge Kennelly's proposed order email address. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.